No. 68498.—Hoyt, Shepston & Sciaroni and AC Marketing Agents, Inc. v. United States, protest 63/9475 (San Francisco).

Opinion by Donlon, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.